AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
04/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America
v.
JOSE ARNULFO PALMA GARCIA,

Defendant(s)

Case No. 5:25-mj-00237

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 23, 2025** in the county of **Riverside** in the **Central** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | See attached affidavit. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Border Patrol Agent, Andres Briseño
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/24/2025

_Judge's signature_

Hon. Shashi H. Kewalramani, Magistrate Judge
_Printed name and title_

City and state: Riverside, CA

AUSA: Cory L. Burleson

## AFFIDAVIT

I, Andres Briseño, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Jose Arnulfo Palma Garcia ("PALMA"), also known as "Jose Palma-Garcia" and "Jose Palma," charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), Illegal Alien Found in the United States following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF BORDER PATROL AGENT ANDRES BRISEÑO

3. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP"), United States Border Patrol ("USBP"). I have been a BPA with CBP, formerly known as the Immigration and Naturalization Service ("INS"), since January 2003. I am currently assigned to the Newton-Azrak Border Patrol Station in Murrieta, California.

### III. STATEMENT OF PROBABLE CAUSE

**A.  Border Patrol Receives Information that PALMA is in the United States**

4.  On January 27, 2025, USBP agents received information from a reporting party that PALMA--who, as explained below, was removed from the United States on or about August 11, 2023--was back in the United States and residing in Murrieta, California. The reporting party stated that PALMA was involved in alien smuggling and might be in possession of firearms.

5.  Shortly thereafter, USBP agents conducted records checks on PALMA and learned that PALMA was on active probation in the State of California for a domestic violence conviction.

6.  On or about February 14, 2025, Homeland Security Investigations ("HSI") Special Agent ("SA") Ehab Rahman conducted record checks on PALMA through DHS systems. These systems revealed that on June 20, 2023, USBP agents assigned to the Newton-Azrak Station, arrested PALMA in Perris, California. PALMA was placed in removal proceedings, and on or about July 24, 2023, PALMA was ordered removed by an Immigration Judge in Winnfield, Louisiana. PALMA was subsequently removed to El Salvador on or about August 11, 2023, via air at the port of entry in Alexandria, Louisiana.

**B.  PALMA Stopped for Traffic Violations and Law Enforcement Conducts Probation Search at His Residence**

7.  Based on information I received from Murrieta Police Department ("MPD") officers and other law enforcement personnel, MPD officers, with the assistance of other law enforcement personnel, planned to conduct a probation search of PALMA's

2

residence on or around April 23, 2025, pursuant to PALMA's terms of probation. In preparation for that search, law enforcement conducted records checks on PALMA and learned, among other things, that PALMA does not have a driver's license.

8. On April 23, 2025, at approximately 8:25 a.m., MPD officers notified USBP agents that MPD had conducted a vehicle stop on PALMA and requested USBP agents and other law enforcement personnel assist with the search of PALMA's residence.

9. MPD conducted the vehicle stop on Clinton Keith Road, east of Whitewood Road, in Riverside County, within the Central District of California. Officers identified PALMA as the driver and sole occupant of the white Toyota Camry bearing California license plate number 7VYL207. The vehicle was stopped for two traffic violations: improper window tinting, in violation of California Vehicle Code § 26708(a)(1), and driving without a valid driver license, in violation of California Vehicle Code § 12500(a).

10. Following the vehicle stop, MPD officers, assisted by USBP agents, conducted a search for PALMA's residence, pursuant to his probation terms, located in Murrieta, California.[1]

11. While searching the bathroom directly across from PALMA's bedroom, law enforcement found a white box containing

---

[1] The address of PALMA's residence is known to law enforcement but redacted here for privacy.

one 9mm round of ammunition.[2] Under the terms of his probation, and as an alien illegally and unlawfully in the United States, PALMA is prohibited from possessing firearms and ammunition.

12. At approximately 10:30 a.m. on April 23, 2025, I placed PALMA under arrest. A search of PALMA's personal property that was in his possession when he was arrested revealed that PALMA was in possession of an identification card from the Republic of El Salvador.

### C. PALMA's A-File Shows Prior Removal and No Permission to Return

13. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

14. On or about March 4, 2025, HSI SA Rahman obtained and reviewed DHS A-File A098 920 671 (the "DHS A-File"), which is maintained for the subject alien "Jose Arnulfo Palma Garcia." According to SA Rahman's review and my review of documents in the DHS A-File, the DHS A-File contained the following documents and information:

---

[2] In a Mirandized statement after the ammunition was located, PALMA denied any knowledge of the ammunition and stated that others in the residence also use the bathroom where the ammunition was found. PALMA's sister, who also resides at the residence, told law enforcement that the bathroom where the ammunition was found is PALMA's bathroom.

4

a. Photographs of the subject alien to whom this specific DHS A-File corresponded. SA Rahman compared a photograph in the DHS A-File on form I-205 dated August 11, 2023, to the subject detained by MPD at the vehicle stop on April 23, 2025, and believed them to be the same person. Accordingly, SA Rahman believes that this DHS A-File and its contents correspond to PALMA.

b. One executed Warrant of Removal/Deportation (Form I-205) indicating that PALMA was officially removed from the United States on or about August 11, 2023. I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in PALMA's DHS A-File contains his photograph, signature, and fingerprint.

c. Various documents, in addition to the Warrant of Removal/Deportation, indicating that PALMA is a native and citizen of El Salvador. These documents included an Order of an Immigration Judge, dated July 24, 2023, ordering PALMA removed to El Salvador.

15. On or about April 23, 2025, I reviewed the printouts of DHS computer indices on PALMA. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported or excluded from the United States by DHS, was deported or excluded by the former

5

INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that PALMA had been removed, deported, and/or excluded on the date indicated on the Warrant of Removal/Deportation, found in PALMA's DHS A-File. The DHS computer indices further indicated that PALMA had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

16. Based on SA Rahman's review of PALMA's DHS A-File, he determined that it does not contain any record of PALMA ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in PALMA's DHS A-File.

### D. **PALMA has a 2023 Felony Domestic Violence Conviction**

17. According to Superior Court of California records, PALMA was convicted on or about April 12, 2023, of Inflicting Corporal Injury on Spouse, a felony, in violation of California Penal Code § 273.5(a), in the Superior Court of California, County of Riverside, case number SWF2101298, for which defendant was sentenced to a total term of 180 days' imprisonment and 36 months' probation.

///

///

## IV. CONCLUSION

18. For all the reasons described above, there is probable cause to believe that PALMA has committed a violation of Title 8, United States Code, Sections 1326(a), (b)(1), Illegal Alien Found in the United States following Deportation.

ANDRES BRISEÑO
Border Patrol Agent
Untied States Border Patrol

Subscribed to and sworn before me this 24th day of April, 2025.

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE